UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

GREGORY HOLT                                                                                        PLAINTIFF
A/K/A Abdul Malik Muhammad
ADC #129616

v.                                           CASE NO. 4:09cv00776 BSM

**MIKE BEEBE, et al.**
                                                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 8th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE